KNICKERBOCKER TRUST CO. v. ONE-ONTA, C. & R. S. R. CO. et al. (Supreme Court, Appellate Division, Third Department. September 28, 1911.) Action by the Knicker-bocker Trust Company, as trustee, against the Oneonta, Cooperstown & Richfield Springs

Railroad Company, and others. No opinion. Motion for stay denied. See, also, 138 App. Div. 687, 123 N. Y. Supp. 822.